UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

JURIS NUMBER 019193 • LAW OFFICES • NUZZO & ROBERTS, L.L.C. • CHESHIRE, CONNECTICUT 06410 • (203) 250-2000  FAX (203) 250-3131 • ONE TOWN CENTER • POST OFFICE BOX 747

-----------------------------------------------------------x

| | | |
|---|---|---|
| RICHARD BRYANT, | : | CIVIL ACTION NO.: |
| | : | 3:24-cv-686 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| WORLD WRESTLING | : | |
| ENTERTAINMENT, INC., | : | |
| | : | |
| Defendant | : | APRIL 12, 2024 |

-----------------------------------------------------------x

## NOTICE OF REMOVAL

The Defendant, World Wrestling Entertainment, Inc. ("WWE"), hereby submits this Notice of Removal to remove the above-captioned civil action, and all claims and causes of action therein, from the Superior Court of Connecticut, Judicial District of Stamford, to the United States District Court for the District of Connecticut. This action is removable pursuant to 28 U.S.C. §§ 1332, 1441 and 1446. More particularly, the federal court has original jurisdiction over the claims brought in this action because there exists complete diversity of citizenship between the Plaintiff (a Florida resident) and Defendant (incorporated in Delaware and having a principal place of business Connecticut), and the amount in controversy exceeds $75,000.

In support further thereof, the Defendant respectfully states as follows:

## I.      State Court Action

Plaintiff, Richard Bryant, commenced this civil action on or about March 15, 2024, by service of a Writ, Summons and Complaint upon the Defendant WWE, alleging personal injuries arising from an incident that occurred on or about July 15, 2022 while the Plaintiff attended "WWE Friday Night Smackdown" at Amway Center, 400 W Church St., Suite 200 in Orlando, Florida (the "premises").

More particularly, the Plaintiff alleges that he was an invitee of the premises and was seated next to the stage at the venue when pyrotechnics went off, and the blast was so loud that it allegedly caused the Plaintiff to lose almost all hearing in his right ear. In the sole count of the complaint, the Plaintiff alleges negligence against WWE and that, as a result of this supposed negligence, he suffered personal injuries.

The Plaintiff's action was originally filed in the Superior Court of Connecticut, Judicial District of Stamford, bearing docket number FST-CV24-6065894-S. In accordance with 28 U.S.C. § 1446 (a), a copy of the court docket and all process pleadings and orders served upon the Defendant is hereto attached as Exhibit A.

## II. Federal Court Jurisdiction

The United States District Court has original jurisdiction pursuant to 28 U.S.C. § 1332. Specifically, as evidenced by the summons and complaint, the Plaintiff resides in the State of Florida, and the Defendant WWE is incorporated in

LAW OFFICES  •  **NUZZO & ROBERTS, L.L.C.**  •  JURIS NUMBER 019193
ONE TOWN CENTER  •  POST OFFICE BOX 747  •  CHESHIRE, CONNECTICUT 06410  •  (203) 250-2000  FAX (203) 250-3131

Delaware with a principal place of business in the State of Connecticut. Accordingly, the sole Plaintiff and the sole Defendant are citizens of different states, which satisfies the requirement for complete diversity of citizenship. Furthermore, the amount in controversy exceeds the sum of $75,000 exclusive of interest and costs.

### III. Proper Venue

Venue is proper in the District of Connecticut pursuant to 28 U.S.C. § 1391 (b)(2) because it is the judicial district in which the Defendant resides.

### IV. Timeliness of Removal

The Defendant received notice of this civil action through service of process on March 15, 2024 and hereby file this Notice of Remove within thirty (30) days thereof. See Exhibit A, Return of Service. Accordingly, removal of this action is timely under 28 U.S.C. § 1446 (b).

### V. Compliance

The Defendant will promptly file a copy of this Notice of Removal with the Clerk of the Superior Court, Judicial District of Stamford, where the action is currently pending and will serve such notice on the Plaintiff in compliance with 28 U.S.C. § 1446 (d).

### VI. Relief Requested

The Defendant respectfully requests that the United States District Court for the District of Connecticut accept this Notice of Removal and that it assume jurisdiction over this cause of action and issue such further orders and processes as may be necessary to bring before it all parties necessary for the trial hereof.

- 3 -

THE DEFENDANT
WORLD WRESTLING
ENTERTAINMENT, INC.


By    /s/ Richard A. Roberts, Esq.
   Richard A. Roberts, Esq.
   Federal Bar No: CT 07665
   NUZZO & ROBERTS, L.L.C.
   One Town Center
   P.O. Box 747
   Cheshire, CT 06410
   Phone:  (203) 250-2000
   Facsimile:  (203) 250-3131
   Firm Juris No. 019193
   rroberts@nuzzo-roberts.com

LAW OFFICES • **NUZZO & ROBERTS, L.L.C.** • CHESHIRE, CONNECTICUT 06410 • (203) 250-2000 FAX (203) 250-3131 • JURIS NUMBER 019193

ONE TOWN CENTER • POST OFFICE BOX 747

<u>CERTIFICATION</u>

I certify that a copy of the above was or will immediately be mailed or delivered electronically or non-electronically n April 12, 2024 to all counsel and self-represented parties of record and that written consent for electronic delivery was received from all counsel and self-represented parties of record who were or will immediately be electronically served.

Neal L. Moskow, Esq.
Moskow Law Group LLC
425 Kings Highway East
Fairfield, CT 06825
neal@moskowlaw.com

By    /s/ Richard A. Roberts, Esq.
       Richard A. Roberts, Esq.

F:\WP\401029\013\PLEADINGS\Notice of Removal DRAFT.docx

# EXHIBIT A



### State of Connecticut Judicial Branch
# Superior Court Case Look-up



Superior Court Case Look-up
   Civil/Family
   Housing
   Small Claims
-
Attorney/Firm Juris Number Look-up 🔗
-
Case Look-up
   By Party Name
   By Docket Number
   By Attorney/Firm Juris Number
   By Property Address
-
Short Calendar Look-up
   By Court Location
   By Attorney/Firm Juris Number
   Motion to Seal or Close
   Calendar Notices
-
Court Events Look-up
   By Date
   By Docket Number
   By Attorney/Firm Juris Number
-
Legal Notices
-
Pending Foreclosure Sales 🔗
-
Understanding
Display of Case Information

Contact Us



Comments

🔗 **FST-CV24-6065894-S**
Prefix/Suffix: [none]

**BRYANT, RICHARD v. WORLD WRESTLING ENTERTAINMENT, INC.**

**Case Type:** T90    **File Date:** 03/26/2024    **Return Date:** 04/02/2024

**Case Detail** | Notices | History | Scheduled Court Dates | E-Services Login | Screen Section Help  ▶

To receive an email when there is activity on this case, click here. 🔗

Information Updated as of: 04/12/2024

| Case Information |
|---|
| **Case Type:** T90 - Torts - All other |
| **Court Location:** STAMFORD JD |
| **List Type:** No List Type |
| **Trial List Claim:** |
| **Last Action Date:** 04/04/2024  (The "last action date" is the date the information was entered in the system) |

| Disposition Information |
|---|
| **Disposition Date:** |
| **Disposition:** |
| **Judge or Magistrate:** |

| Party & Appearance Information |
|---|

| Party | No Fee Party | Category |
|---|---|---|
| **P-01  RICHARD BRYANT** | | Plaintiff |
|    **Attorney:** 🔗 MOSKOW LAW GROUP LLC (443861) File Date: 03/26/2024 | | |
|     425 KINGS HIGHWAY EAST | | |
|     FAIRFIELD , CT 06825 | | |
| **D-01  WORLD WRESTLING ENTERTAINMENT, INC.** | | Defendant |
|    **Attorney:** 🔗 NUZZO & ROBERTS LLC (019193)    File Date: 03/28/2024 | | |
|     ONE TOWN CENTER | | |
|     PO BOX 747 | | |
|     CHESHIRE , CT 06410 | | |

**Viewing Documents on Civil, Housing and Small Claims Cases:**

If there is an 🔗 in front of the docket number at the top of this page, then the file is electronic (paperless).

- Documents, court orders and judicial notices in electronic (paperless) civil, housing and small claims cases with a return date on or after January 1, 2014 are available publicly over the internet.* For more information on what you can view in all cases, view the Electronic Access to Court Documents Quick Card.

- For civil cases filed prior to 2014, court orders and judicial notices that are electronic are available publicly over the internet. Orders can be viewed by selecting the link to the order from the list below. Notices can be viewed by clicking the **Notices** tab above and selecting the link.*

- Documents, court orders and judicial notices in an electronic (paperless) file can be viewed at any judicial district courthouse during normal business hours.*

- Pleadings or other documents that are not electronic (paperless) can be viewed only during normal business hours at the Clerk's Office in the Judicial District where the case is located.*

- An Affidavit of Debt is not available publicly over the internet on small claims cases filed before October 16, 2017.*

*Any documents protected by law Or by court order that are Not open to the public cannot be viewed by the public online And can only be viewed in person at the clerk's office where the file is located by those authorized by law or court order to see them.

| Entry No | File Date | Filed By | Description | Arguable |
|---|---|---|---|---|
| | | | **Motions / Pleadings / Documents / Case Status** | |
| | 03/26/2024 | P | **SUMMONS** 📝 | |
| | 03/26/2024 | P | **COMPLAINT** 📝 | |
| | 03/28/2024 | D | **APPEARANCE** 📝<br>Appearance | |
| 100.30 | 03/26/2024 | P | **RETURN OF SERVICE** 📝 | No |
| 101.00 | 04/04/2024 | P | **MOTION FOR PERMISSION TO APPEAR PRO HAC VICE PB 2-16** 📝 !NEW | No |

| # | Date | Time | Event Description | Status |
|---|---|---|---|---|
| | | | **Scheduled Court Dates as of 04/11/2024** | |
| | | | **FST-CV24-6065894-S - BRYANT, RICHARD v. WORLD WRESTLING ENTERTAINMENT, INC.** | |
| 1 | 04/22/2024 | | Short Calendar SC-10 #017 | |

Judicial ADR events may be heard in a court that is different from the court where the case is filed.  To check location information about an ADR event, select the **Notices** tab on the top of the case detail page.

Matters that appear on the Short Calendar are shown as scheduled court events on this page. The date displayed on this page is the date of the calendar.

The status of a Short Calendar matter is not displayed because it is determined by markings made by the parties as required by the calendar notices and the civil🔗 standing orders. Markings made electronically can be viewed by those who have electronic access through the Markings History link on the Civil/Family Menu in E-Services. Markings made by telephone can only be obtained through the clerk's office. If more than one motion is on a single short calendar, the calendar will be listed once on this page. You can see more information on matters appearing on Short Calendars by going to the Civil/Family Case Look-Up🔗 page and Short Calendars By Juris Number🔗 or By Court Location🔗.

Periodic changes to terminology that do not affect the status of the case may be made.

This list does not constitute or replace official notice of scheduled court events.

**Disclaimer:** For civil and family cases statewide, case information is displayed and is available for inquiry on this website for a period of time, one year to a maximum period of ten years, after the disposition date. To the extent that Connecticut Practice Book Sections 7-10 and 7-11 provide for a shorter period of time, this information will be displayed for the shorter period.

In accordance with the Federal Violence Against Women Act of 2005, cases involving relief from physical abuse (restraining orders), civil protection orders, foreign protective orders, and motions that would be likely to publicly reveal the identity or location of a protected party may not be displayed and may be available only at the courts.

Attorneys | Case Look-up | Courts | Directories | EducationalResources | E-Services | FAQ's | Juror Information | News & Updates | Opinions | Opportunities | Self-Help | Home

Common Legal Terms | Contact Us | Site Map | Website Policies

Copyright © 2024, State of Connecticut Judicial Branch

Page Created on 4/12/2024 at 3:07:43 PM



| **SUMMONS - CIVIL** | | For information on | **STATE OF CONNECTICUT** |
|---|---|---|---|
| JD-CV-1  Rev. 2-22 | | ADA accommodations, | **SUPERIOR COURT** |
| C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a, 52-48, 52-259; | | contact a court clerk or | *www.jud.ct.gov* |
| P.B. §§ 3-1 through 3-21, 8-1, 10-13 | | go to: *www.jud.ct.gov/ADA.* | |

**Instructions are on page 2.**

☐ Select if amount, legal interest, or property in demand, not including interest and costs, is LESS than $2,500.

☒ Select if amount, legal interest, or property in demand, not including interest and costs, is $2,500 or MORE.

☐ Select if claiming other relief in addition to, or in place of, money or damages.

**TO: Any proper officer**

By authority of the State of Connecticut, you are hereby commanded to make due and legal service of this summons and attached complaint.

| Address of court clerk *(Number, street, town and zip code)* | Telephone number of clerk | Return Date *(Must be a Tuesday)* |
|---|---|---|
| 123 Hoyt Street, Stamford 06905 | ( 203 ) 965 − 5308 | 04/02/2024 |

| ☒ Judicial District | G.A. | At *(City/Town)* | Case type code *(See list on page 2)* | |
|---|---|---|---|---|
| ☐ Housing Session | ☐ Number: ___ | Stamford | Major: **T** | Minor: **90** |

**For the plaintiff(s) enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented *(Number, street, town and zip code)* | Juris number *(if attorney or law firm)* |
|---|---|
| Moskow Law Group LLC, 425 Kings Highway East, Fairfield, CT 06825 | 443861 |

| Telephone number | Signature of plaintiff *(if self-represented)* |
|---|---|
| ( 475 ) 999 − 4177 | |

| The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book. ☒ Yes ☐ No | E-mail address for delivery of papers under Section 10-13 of the Connecticut Practice Book *(if agreed)* |
|---|---|
| | neal@moskowlaw.com |

| Parties | | Name *(Last, First, Middle Initial)* and address of each party *(Number; street; P.O. Box; town; state; zip; country, if not USA)* | |
|---|---|---|---|
| **First plaintiff** | Name: | **Bryant, Richard** | P-01 |
| | Address: | 4226 Cleary Way, Orlando, FL 32828 | |
| **Additional plaintiff** | Name: | | P-02 |
| | Address: | | |
| **First defendant** | Name: | **World Wrestling Entertainment, Inc. c/o Agent for Service: Corporation Service Company, Goodwin Sq.** | D-01 |
| | Address: | 707 Washington Blvd, Stamford, CT 06901          225 Asylum Street, 20th Floor, Hartford, CT 06103 | |
| **Additional defendant** | Name: | | D-02 |
| | Address: | | |
| **Additional defendant** | Name: | | D-03 |
| | Address: | | |
| **Additional defendant** | Name: | | D-04 |
| | Address: | | |

| Total number of plaintiffs: 1 | Total number of defendants: 1 | ☐ Form JD-CV-2 attached for additional parties |
|---|---|---|

## Notice to each defendant

1. **You are being sued.** This is a summons in a lawsuit. The complaint attached states the claims the plaintiff is making against you.
2. To receive further notices, you or your attorney must file an *Appearance* (form JD-CL-12) with the clerk at the address above. Generally, it must be filed on or before the second day after the Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to appear.
3. If you or your attorney do not file an *Appearance* on time, a default judgment may be entered against you. You can get an *Appearance* form at the court address above, or on-line at https://jud.ct.gov/webforms/.
4. If you believe that you have insurance that may cover the claim being made against you in this lawsuit, you should immediately contact your insurance representative. Other actions you may take are described in the Connecticut Practice Book, which may be found in a superior court law library or on-line at https://www.jud.ct.gov/pb.htm.
5. If you have questions about the summons and complaint, you should talk to an attorney.
   **The court staff is not allowed to give advice on legal matters.**

| Date | Signed *(Sign and select proper box)* | ☒ Commissioner of Superior Court | Name of person signing |
|---|---|---|---|
| 03/12/2024 | | ☐ _____ Clerk | Neal L. Moskow, Esquire |

| If this summons is signed by a Clerk: | For Court Use Only |
|---|---|
| a. The signing has been done so that the plaintiff(s) will not be denied access to the courts. | File Date |
| b. It is the responsibility of the plaintiff(s) to ensure that service is made in the manner provided by law. | ATTEST/A TRUE COPY |
| c. The court staff is not permitted to give any legal advice in connection with any lawsuit. | |
| d. The Clerk signing this summons at the request of the plaintiff(s) is not responsible in any way for any errors or omissions in the summons, any allegations contained in the complaint, or the service of the summons or complaint. | WILLIAM DREW, JR. CT STATE MARSHAL HARTFORD COUNTY |

| I certify I have read and understand the above: | Signed *(Self-represented plaintiff)* | Date | Docket Number |
|---|---|---|---|
| | | | |

| | | |
|---|---|---|
| RETURN DATE:  APRIL 2, 2024 | : | SUPERIOR COURT |
| | : | |
| RICHARD BRYANT | : | J.D. OF NORWALK |
| | : | |
| vs. | : | at STAMFORD |
| | : | |
| WORLD WRESTLING | : | |
| ENTERTAINMENT, INC. | : | MARCH 12, 2024 |

## **COMPLAINT**

1.      At all relevant times, plaintiff RICHARD BRYANT was a resident of Orlando, FL.

2.      Upon information and belief, at all relevant times, defendant WORLD WRESTLING ENTERTAINMENT, INC. was domiciled in Stamford, CT.

3.      On or about July 15, 2022, RICHARD BRYANT attended *WWE Friday Night SmackDown* which was hosted by WORLD WRESTLING ENTERTAINMENT, INC. and located at Amway Center, 400 W Church St Suite 200, Orlando, FL 32801.

4.      RICHARD BRYANT was an invitee on the premises. WORLD WRESTLING ENTERTAINMENT, INC. was the occupier of the premises.

5.      RICHARD BRYANT was seated next to the stage at the venue. When the performance began, pyrotechnics went off. The blast from the pyrotechnics was so loud that it caused RICHARD BRYANT to lose almost all hearing in his right ear.

1

7.     The foregoing incident was due to the negligence and carelessness of defendant WORLD

WRESTLING ENTERTAINMENT, INC. in that it:

      a.     failed to adequately warn of the dangers of pyrotechnics;

      b.     failed to test the effects of pyrotechnics on the premises;

      c.     failed to operate the pyrotechnics with reasonable care;

      d.     failed to hire, select, train, and supervise reasonably competent employees;

      e.     failed to implement and enforce reasonable policies and procedures for the safe use of pyrotechnics;

      f.     failed to use ordinary care in the administration of pyrotechnics;

      g.     failed to warn Plaintiff of the potential effects of use of pyrotechnics;

      h.     any and all other acts determined to be negligent or grossly by the trier of fact.

8.     As a result of defendant's negligence, plaintiff suffered the following personal injuries,

some of which may be permanent:

      a.     traumatic rupture of his right ear drum;

      b.     bilateral tinnitus;

      c.     hearing loss in his right ear; and

      d.     psychological harm.

9.     As a further result of defendants' negligence, plaintiff has incurred and is likely to incur

future expenses for doctors, hospital visits, medicine, therapists, therapeutic aids, imagining studies,

diagnostic testing, and other medical expenses, treatment and equipment all to his financial detriment.

10.     As a further result of defendant's negligence, plaintiff was forced to be non-weightbearing for a period of time using crutches and a boot to limit motion and pain and to promote healing in the left foot.

11.     As a further result of defendant's negligence, plaintiff is unable to participate in athletic and physical activities as he could prior to the collision.

12.     As a further result of defendant's negligence, plaintiff is likely to require a surgical fusion of the left foot.

13.     As a further result of defendant's negligence, plaintiff fears a deteriorating health condition as well as an increased risk of future medical treatment and increased disability.

14.     As a further result of defendants' negligence, the quality of plaintiff's life has been greatly diminished.

#######################################################################################

WHEREFORE plaintiff claims:

    1.  Money damages;

    2.  Costs; and

    3.  Such other and further relief as this Court may deem just and proper.


PLAINTIFF,


BY:           /s/ #401504

Neal Moskow, Esq.
Moskow Law Group, LLC
425 Kings Highway East
Fairfield, CT 06825
475-999-4177
neal@moskowlaw.com

Scott P. Armstrong
Texas State Bar No. 24092050
Ryan T. Wagner
Texas State Bar No. 24127319
Armstrong Lee & Baker LLP
2800 N. Loop W., Suite 900
Houston, TX 77092
832-709-1124
sarmstrong@armstronglee.com
rwagner@armstronglee.com

ATTEST A TRUE COPY

WILLIAM DREW, JR.
CT STATE MARSHAL
HARTFORD COUNTY

4

RETURN DATE:  APRIL 2, 2024     :     SUPERIOR COURT

                              :

RICHARD BRYANT             :     J.D. OF NORWALK

                              :

vs.                             :     at STAMFORD

                              :

WORLD WRESTLING       :

ENTERTAINMENT, INC.     :     MARCH 12, 2024

## **STATEMENT IN DEMAND**

Plaintiff claims damages in excess of FIFTEEN THOUSAND ($15,000.00) DOLLARS, exclusive of interest and costs.

                         PLAINTIFF,

BY:        /s/ #401504_____

                         Neal Moskow, Esq.
Moskow Law Group, LLC
425 Kings Highway East
Fairfield, CT 06825
475-999-4177
neal@moskowlaw.com

Scott P. Armstrong
Texas State Bar No. 24092050
Ryan T. Wagner
Texas State Bar No. 24127319
Armstrong Lee & Baker LLP
2800 N. Loop W., Suite 900
Houston, TX 77092
832-709-1124
sarmstrong@armstronglee.com
rwagner@armstronglee.com

STATE OF CONNECTICUT:
                     : ss: HARTFORD        MARCH 15, 2024
COUNTY OF HARTFORD  :

      Then and by virtue hereof, and by direction of the Plaintiff's Attorney, I left a verified true and attested copy of the original WRIT, SUMMONS, COMPLAINT AND STATEMENT IN DEMAND, with and in the hands of SHELLEY KURPASKA, FULFILLMENT SPECIALIST OF CORPORATION SERVICE COMPANY, 225 ASYLUM STREET, 20TH FLOOR, AGENT FOR SERVICE for the within named defendant **WORLD WRESTLING ENTERTAINMENT, INC.,** in the said town of HARTFORD, County of Hartford.

      The within is the original WRIT, SUMMONS, COMPLAINT AND STATEMENT IN DEMAND, with my doings thereon endorsed.

| | | ATTEST: |
|---|---|---|
| Verified pages | $ 6.00 | |
| Endorsements | 2.00 | ---------------------------------------- |
| Service | 50.00 | WILLIAM DREW, JR. |
| Travel | 3.41 | CT STATE MARSHAL |
| | ----------- | HARTFORD COUNTY |
| Total | $61.41 | |

LAW OFFICES  •  **NUZZO & ROBERTS, L.L.C.**  •  CHESHIRE, CONNECTICUT 06410  •  (203) 250-2000   FAX (203) 250-3131  •  JURIS NUMBER 019193

ONE TOWN CENTER  •  POST OFFICE BOX 747

DOCKET NO.:  FST-CV-24-6065894-S           SUPERIOR COURT

RICHARD BRYANT                                          J. D. OF NORWALK

vs.                                                                AT STAMFORD

WORLD WRESTLING
ENTERTAINMENT, INC.                             APRIL 12, 2024

<u>**NOTICE OF REMOVAL**</u>

The Defendant, World Wrestling Entertainment, Inc. ("WWE"), hereby submits this Notice of Removal to remove the above-captioned civil action, and all claims and causes of action therein, from the Superior Court of Connecticut, Judicial District of Stamford, to the United States District Court for the District of Connecticut. This action is removable pursuant to 28 U.S.C. §§ 1332, 1441 and 1446. More particularly, the federal court has original jurisdiction over the claims brought in this action because there exists complete diversity of citizenship between the Plaintiff (a Florida resident) and Defendant (incorporated in Delaware and having a principal place of business Connecticut), and the amount in controversy exceeds $75,000.

In support further thereof, the Defendant respectfully states as follows:

**I.       State Court Action**

Plaintiff, Richard Bryant, commenced this civil action on or about March 15, 2024, by service of a Writ, Summons and Complaint upon the Defendant WWE,

LAW OFFICES • **NUZZO & ROBERTS, L.L.C.** • JURIS NUMBER 019193

ONE TOWN CENTER • POST OFFICE BOX 747 • CHESHIRE, CONNECTICUT 06410 • (203) 250-2000 FAX (203) 250-3131

alleging personal injuries arising from an incident that occurred on or about July 15, 2022 while the Plaintiff attended "WWE Friday Night Smackdown" at Amway Center, 400 W Church St., Suite 200 in Orlando, Florida (the "premises").

More particularly, the Plaintiff alleges that he was an invitee of the premises and was seated next to the stage at the venue when pyrotechnics went off, and the blast was so loud that it allegedly caused the Plaintiff to lose almost all hearing in his right ear. In the sole count of the complaint, the Plaintiff alleges negligence against WWE and that, as a result of this supposed negligence, he suffered personal injuries.

The Plaintiff's action was originally filed in the Superior Court of Connecticut, Judicial District of Stamford, bearing docket number FST-CV24-6065894-S. In accordance with 28 U.S.C. § 1446 (a), a copy of the court docket and all process pleadings and orders served upon the Defendant is hereto attached as Exhibit A.

## II. Federal Court Jurisdiction

The United States District Court has original jurisdiction pursuant to 28 U.S.C. § 1332. Specifically, as evidenced by the summons and complaint, the Plaintiff resides in the State of Florida, and the Defendant WWE is incorporated in Delaware with a principal place of business in the State of Connecticut. Accordingly, the sole Plaintiff and the sole Defendant are citizens of different states, which satisfies the requirement for complete diversity of citizenship. Furthermore, the amount in controversy exceeds the sum of $75,000 exclusive of interest and costs.

### III. Proper Venue

Venue is proper in the District of Connecticut pursuant to 28 U.S.C. § 1391 (b)(2) because it is the judicial district in which the Defendant resides.

### IV. Timeliness of Removal

The Defendant received notice of this civil action through service of process on March 15, 2024 and hereby file this Notice of Remove within thirty (30) days thereof. See Exhibit A, Return of Service. Accordingly, removal of this action is timely under 28 U.S.C. § 1446 (b).

### V. Compliance

The Defendant will promptly file a copy of this Notice of Removal with the Clerk of the Superior Court, Judicial District of Stamford, where the action is currently pending and will serve such notice on the Plaintiff in compliance with 28 U.S.C. § 1446 (d).

### VI. Relief Requested

The Defendant respectfully requests that the United States District Court for the District of Connecticut accept this Notice of Removal and that it assume jurisdiction over this cause of action and issue such further orders and processes as may be necessary to bring before it all parties necessary for the trial hereof.

LAW OFFICES • NUZZO & ROBERTS, L.L.C. • JURIS NUMBER 019193
CHESHIRE, CONNECTICUT 06410 • (203) 250-2000 FAX (203) 250-3131
ONE TOWN CENTER • POST OFFICE BOX 747

THE DEFENDANT
WORLD WRESTLING
ENTERTAINMENT, INC.


By____/302266/_____
   Richard A. Roberts, Esq.
   NUZZO & ROBERTS, L.L.C.
   One Town Center
   P.O. Box 747
   Cheshire, CT 06410
   Phone:  (203) 250-2000
   Facsimile:  (203) 250-3131
   Firm Juris No. 019193
   rroberts@nuzzo-roberts.com

<u>CERTIFICATION</u>

I certify that a copy of the above was or will immediately be mailed or delivered electronically or non-electronically n April 12, 2024 to all counsel and self-represented parties of record and that written consent for electronic delivery was received from all counsel and self-represented parties of record who were or will immediately be electronically served.

Neal L. Moskow, Esq.
Moskow Law Group LLC
425 Kings Highway East
Fairfield, CT 06825
neal@moskowlaw.com


/302266/
Richard A. Roberts