# EXHIBIT A

 **State of Connecticut Judicial Branch**
# Superior Court Case Look-up


- **Superior Court Case Look-up**
  - Civil/Family
  - Housing
  - Small Claims
- **Attorney/Firm Juris Number Look-up**
- **Case Look-up**
  - By Party Name
  - By Docket Number
  - By Attorney/Firm Juris Number
  - By Property Address
- **Short Calendar Look-up**
  - By Court Location
  - By Attorney/Firm Juris Number
  - Motion to Seal or Close
  - Calendar Notices
- **Court Events Look-up**
  - By Date
  - By Docket Number
  - By Attorney/Firm Juris Number
- **Legal Notices**
- **Pending Foreclosure Sales**
- **Understanding Display of Case Information**
- **Contact Us**


Comments

**FST-CV24-6065894-S**
Prefix/Suffix: [none]

**BRYANT, RICHARD v. WORLD WRESTLING ENTERTAINMENT, INC.**

**Case Type:** T90    **File Date:** 03/26/2024    **Return Date:** 04/02/2024

| Case Detail | Notices | History | Scheduled Court Dates | E-Services Login | Screen Section Help |

To receive an email when there is activity on this case, click here.

**Information Updated as of:** 04/12/2024

### Case Information
| | |
|---:|:---|
| **Case Type:** | T90 - Torts - All other |
| **Court Location:** | STAMFORD JD |
| **List Type:** | No List Type |
| **Trial List Claim:** | |
| **Last Action Date:** | 04/04/2024  (The "last action date" is the date the information was entered in the system) |

### Disposition Information
| | |
|---:|:---|
| **Disposition Date:** | |
| **Disposition:** | |
| **Judge or Magistrate:** | |

### Party & Appearance Information

| Party | | No Fee Party | Category |
|---|---|---|---|
| **P-01**  RICHARD BRYANT | | | Plaintiff |
| **Attorney:** | MOSKOW LAW GROUP LLC (443861)  File Date: 03/26/2024<br>425 KINGS HIGHWAY EAST<br>FAIRFIELD , CT 06825 | | |
| **D-01**  WORLD WRESTLING ENTERTAINMENT, INC. | | | Defendant |
| **Attorney:** | NUZZO & ROBERTS LLC (019193)   File Date: 03/28/2024<br>ONE TOWN CENTER<br>PO BOX 747<br>CHESHIRE , CT 06410 | | |

**Viewing Documents on Civil, Housing and Small Claims Cases:**

If there is an  in front of the docket number at the top of this page, then the file is electronic (paperless).

- Documents, court orders and judicial notices in electronic (paperless) civil, housing and small claims cases with a return date on or after January 1, 2014 are available publicly over the internet.* For more information on what you can view in all cases, view the Electronic Access to Court Documents Quick Card.

- For civil cases filed prior to 2014, court orders and judicial notices that are electronic are available publicly over the internet. Orders can be viewed by selecting the link to the order from the list below. Notices can be viewed by clicking the **Notices** tab above and selecting the link.*

- Documents, court orders and judicial notices in an electronic (paperless) file can be viewed at any judicial district courthouse during normal business hours.*

- Pleadings or other documents that are not electronic (paperless) can be viewed only during normal business hours at the Clerk's Office in the Judicial District where the case is located.*

- An Affidavit of Debt is not available publicly over the internet on small claims cases filed before October 16, 2017.*

*Any documents protected by law Or by court order that are Not open to the public cannot be viewed by the public online And can only be viewed in person at the clerk's office where the file is located by those authorized by law or court order to see them.

| | | | Motions / Pleadings / Documents / Case Status | |
|---|---|---|---|---|
| Entry No | File Date | Filed By | Description | Arguable |
| | 03/26/2024 | P | **SUMMONS** 📝 | |
| | 03/26/2024 | P | **COMPLAINT** 📝 | |
| | 03/28/2024 | D | **APPEARANCE** 📝<br>Appearance | |
| 100.30 | 03/26/2024 | P | **RETURN OF SERVICE** 📝 | No |
| 101.00 | 04/04/2024 | P | **MOTION FOR PERMISSION TO APPEAR PRO HAC VICE PB 2-16** 📝 !NEW | No |

| Scheduled Court Dates as of 04/11/2024 | | | | |
|---|---|---|---|---|
| FST-CV24-6065894-S - BRYANT, RICHARD v. WORLD WRESTLING ENTERTAINMENT, INC. | | | | |
| # | Date | Time | Event Description | Status |
| 1 | 04/22/2024 | | Short Calendar SC-10 #017 | |

Judicial ADR events may be heard in a court that is different from the court where the case is filed. To check location information about an ADR event, select the **Notices** tab on the top of the case detail page.

Matters that appear on the Short Calendar are shown as scheduled court events on this page. The date displayed on this page is the date of the calendar.

The status of a Short Calendar matter is not displayed because it is determined by markings made by the parties as required by the calendar notices and the civil standing orders. Markings made electronically can be viewed by those who have electronic access through the Markings History link on the Civil/Family Menu in E-Services. Markings made by telephone can only be obtained through the clerk's office. If more than one motion is on a single short calendar, the calendar will be listed once on this page. You can see more information on matters appearing on Short Calendars by going to the Civil/Family Case Look-Up page and Short Calendars By Juris Number or By Court Location.

Periodic changes to terminology that do not affect the status of the case may be made.

This list does not constitute or replace official notice of scheduled court events.

**Disclaimer:** For civil and family cases statewide, case information is displayed and is available for inquiry on this website for a period of time, one year to a maximum period of ten years, after the disposition date. To the extent that Connecticut Practice Book Sections 7-10 and 7-11 provide for a shorter period of time, this information will be displayed for the shorter period.

In accordance with the Federal Violence Against Women Act of 2005, cases involving relief from physical abuse (restraining orders), civil protection orders, foreign protective orders, and motions that would be likely to publicly reveal the identity or location of a protected party may not be displayed and may be available only at the courts.

Attorneys | Case Look-up | Courts | Directories | EducationalResources | E-Services | FAQ's | Juror Information | News & Updates | Opinions | Opportunities | Self-Help | Home

Common Legal Terms | Contact Us | Site Map | Website Policies

Copyright © 2024, State of Connecticut Judicial Branch

Page Created on 4/12/2024 at 3:07:43 PM

**SUMMONS - CIVIL**
JD-CV-1 Rev. 2-22
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a, 52-48, 52-259;
P.B. §§ 3-1 through 3-21, 8-1, 10-13

For information on ADA accommodations, contact a court clerk or go to: *www.jud.ct.gov/ADA.*

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
*www.jud.ct.gov*

**Instructions are on page 2.**

- [ ] Select if amount, legal interest, or property in demand, not including interest and costs, is LESS than $2,500.
- [x] Select if amount, legal interest, or property in demand, not including interest and costs, is $2,500 or MORE.
- [ ] Select if claiming other relief in addition to, or in place of, money or damages.

**TO: Any proper officer**
By authority of the State of Connecticut, you are hereby commanded to make due and legal service of this summons and attached complaint.

| Address of court clerk *(Number, street, town and zip code)* | Telephone number of clerk | Return Date *(Must be a Tuesday)* |
|---|---|---|
| 123 Hoyt Street, Stamford 06905 | ( 203 ) 965 – 5308 | 04/02/2024 |

| [x] Judicial District    G.A. | At *(City/Town)* | Case type code *(See list on page 2)* |
| [ ] Housing Session     [ ] Number: | Stamford | Major: **T**    Minor: **90** |

**For the plaintiff(s) enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented *(Number, street, town and zip code)* | Juris number *(if attorney or law firm)* |
|---|---|
| Moskow Law Group LLC, 425 Kings Highway East, Fairfield, CT 06825 | 443861 |

| Telephone number | Signature of plaintiff *(if self-represented)* |
|---|---|
| ( 475 ) 999 – 4177 | |

The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book.  [x] Yes  [ ] No

E-mail address for delivery of papers under Section 10-13 of the Connecticut Practice Book *(if agreed)*: **neal@moskowlaw.com**

| Parties | Name *(Last, First, Middle Initial)* and address of each party *(Number; street; P.O. Box; town; state; zip; country, if not USA)* | |
|---|---|---|
| First plaintiff | Name: **Bryant, Richard**<br>Address: **4226 Cleary Way, Orlando, FL 32828** | P-01 |
| Additional plaintiff | Name:<br>Address: | P-02 |
| First defendant | Name: **World Wrestling Entertainment, Inc. c/o Agent for Service: Corporation Service Company, Goodwin Sq.**<br>Address: **707 Washington Blvd, Stamford, CT 06901     225 Asylum Street, 20th Floor, Hartford, CT 06103** | D-01 |
| Additional defendant | Name:<br>Address: | D-02 |
| Additional defendant | Name:<br>Address: | D-03 |
| Additional defendant | Name:<br>Address: | D-04 |

| Total number of plaintiffs: 1 | Total number of defendants: 1 | [ ] Form JD-CV-2 attached for additional parties |

**Notice to each defendant**

1. **You are being sued.** This is a summons in a lawsuit. The complaint attached states the claims the plaintiff is making against you.
2. To receive further notices, you or your attorney must file an *Appearance* (form JD-CL-12) with the clerk at the address above. Generally, it must be filed on or before the second day after the Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to appear.
3. If you or your attorney do not file an *Appearance* on time, a default judgment may be entered against you. You can get an *Appearance* form at the court address above, or on-line at https://jud.ct.gov/webforms/.
4. If you believe that you have insurance that may cover the claim being made against you in this lawsuit, you should immediately contact your insurance representative. Other actions you may take are described in the Connecticut Practice Book, which may be found in a superior court law library or on-line at https://www.jud.ct.gov/pb.htm.
5. If you have questions about the summons and complaint, you should talk to an attorney.
   **The court staff is not allowed to give advice on legal matters.**

| Date | Signed *(Sign and select proper box)* | [x] Commissioner of Superior Court | Name of person signing |
|---|---|---|---|
| 03/12/2024 | /s/ | [ ] Clerk | Neal L. Moskow, Esquire |

**If this summons is signed by a Clerk:**
a. The signing has been done so that the plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the plaintiff(s) to ensure that service is made in the manner provided by law.
c. The court staff is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this summons at the request of the plaintiff(s) is not responsible in any way for any errors or omissions in the summons, any allegations contained in the complaint, or the service of the summons or complaint.

**For Court Use Only**
File Date

ATTEST/A TRUE COPY
WILLIAM DREW, JR.
CT STATE MARSHAL
HARTFORD COUNTY

| I certify I have read and understand the above: | Signed *(Self-represented plaintiff)* | Date | Docket Number |

Page 1 of 2

| | |
|---|---|
| RETURN DATE: APRIL 2, 2024 | : SUPERIOR COURT |
| RICHARD BRYANT | : J.D. OF NORWALK |
| vs. | : at STAMFORD |
| WORLD WRESTLING ENTERTAINMENT, INC. | : MARCH 12, 2024 |

## COMPLAINT

1. At all relevant times, plaintiff RICHARD BRYANT was a resident of Orlando, FL.

2. Upon information and belief, at all relevant times, defendant WORLD WRESTLING ENTERTAINMENT, INC. was domiciled in Stamford, CT.

3. On or about July 15, 2022, RICHARD BRYANT attended *WWE Friday Night SmackDown* which was hosted by WORLD WRESTLING ENTERTAINMENT, INC. and located at Amway Center, 400 W Church St Suite 200, Orlando, FL 32801.

4. RICHARD BRYANT was an invitee on the premises. WORLD WRESTLING ENTERTAINMENT, INC. was the occupier of the premises.

5. RICHARD BRYANT was seated next to the stage at the venue. When the performance began, pyrotechnics went off. The blast from the pyrotechnics was so loud that it caused RICHARD BRYANT to lose almost all hearing in his right ear.

1

7. The foregoing incident was due to the negligence and carelessness of defendant WORLD WRESTLING ENTERTAINMENT, INC. in that it:

   a. failed to adequately warn of the dangers of pyrotechnics;

   b. failed to test the effects of pyrotechnics on the premises;

   c. failed to operate the pyrotechnics with reasonable care;

   d. failed to hire, select, train, and supervise reasonably competent employees;

   e. failed to implement and enforce reasonable policies and procedures for the safe use of pyrotechnics;

   f. failed to use ordinary care in the administration of pyrotechnics;

   g. failed to warn Plaintiff of the potential effects of use of pyrotechnics;

   h. any and all other acts determined to be negligent or grossly by the trier of fact.

8. As a result of defendant's negligence, plaintiff suffered the following personal injuries, some of which may be permanent:

   a. traumatic rupture of his right ear drum;

   b. bilateral tinnitus;

   c. hearing loss in his right ear; and

   d. psychological harm.

9. As a further result of defendants' negligence, plaintiff has incurred and is likely to incur future expenses for doctors, hospital visits, medicine, therapists, therapeutic aids, imagining studies, diagnostic testing, and other medical expenses, treatment and equipment all to his financial detriment.

10. As a further result of defendant's negligence, plaintiff was forced to be non-weightbearing for a period of time using crutches and a boot to limit motion and pain and to promote healing in the left foot.

11. As a further result of defendant's negligence, plaintiff is unable to participate in athletic and physical activities as he could prior to the collision.

12. As a further result of defendant's negligence, plaintiff is likely to require a surgical fusion of the left foot.

13. As a further result of defendant's negligence, plaintiff fears a deteriorating health condition as well as an increased risk of future medical treatment and increased disability.

14. As a further result of defendants' negligence, the quality of plaintiff's life has been greatly diminished.

##########################################################################

WHEREFORE plaintiff claims:

1. Money damages;

2. Costs; and

3. Such other and further relief as this Court may deem just and proper.

PLAINTIFF,

BY: /s/ #401504
Neal Moskow, Esq.
Moskow Law Group, LLC
425 Kings Highway East
Fairfield, CT 06825
475-999-4177
neal@moskowlaw.com

Scott P. Armstrong
Texas State Bar No. 24092050
Ryan T. Wagner
Texas State Bar No. 24127319
Armstrong Lee & Baker LLP
2800 N. Loop W., Suite 900
Houston, TX 77092
832-709-1124
sarmstrong@armstronglee.com
rwagner@armstronglee.com

ATTEST A TRUE COPY

WILLIAM DREW, JR.
CT STATE MARSHAL
HARTFORD COUNTY

4

| | | |
|---|---|---|
| RETURN DATE: APRIL 2, 2024 | : | SUPERIOR COURT |
| | : | |
| RICHARD BRYANT | : | J.D. OF NORWALK |
| | : | |
| vs. | : | at STAMFORD |
| | : | |
| WORLD WRESTLING | : | |
| ENTERTAINMENT, INC. | : | MARCH 12, 2024 |

## **STATEMENT IN DEMAND**

Plaintiff claims damages in excess of FIFTEEN THOUSAND ($15,000.00) DOLLARS, exclusive of interest and costs.

                                                 PLAINTIFF,

BY:       /s/ #401504
Neal Moskow, Esq.
Moskow Law Group, LLC
425 Kings Highway East
Fairfield, CT 06825
475-999-4177
neal@moskowlaw.com

Scott P. Armstrong
Texas State Bar No. 24092050
Ryan T. Wagner
Texas State Bar No. 24127319
Armstrong Lee & Baker LLP
2800 N. Loop W., Suite 900
Houston, TX 77092
832-709-1124
sarmstrong@armstronglee.com
rwagner@armstronglee.com

5

STATE OF CONNECTICUT:
                          : ss: HARTFORD        MARCH 15, 2024
COUNTY OF HARTFORD   :

    Then and by virtue hereof, and by direction of the Plaintiff's Attorney, I left a verified true and attested copy of the original WRIT, SUMMONS, COMPLAINT AND STATEMENT IN DEMAND, with and in the hands of SHELLEY KURPASKA, FULFILLMENT SPECIALIST OF CORPORATION SERVICE COMPANY, 225 ASYLUM STREET, 20TH FLOOR, AGENT FOR SERVICE for the within named defendant **WORLD WRESTLING ENTERTAINMENT, INC.,** in the said town of HARTFORD, County of Hartford.

    The within is the original WRIT, SUMMONS, COMPLAINT AND STATEMENT IN DEMAND, with my doings thereon endorsed.

ATTEST:

| | |
|---|---|
| Verified pages | $ 6.00 |
| Endorsements | 2.00 |
| Service | 50.00 |
| Travel | 3.41 |
| | ---------- |
| Total | $61.41 |

WILLIAM DREW, JR.
CT STATE MARSHAL
HARTFORD COUNTY




**State of Connecticut Judicial Branch**

# Superior Court E-Filing

Attorney/Firm: **MOSKOW LAW GROUP LLC (443861)**     E-Mail: **NEAL@MOSKOWLAW.COM**   Logout

**Hide Instructions**              **You have successfully e-filed!**

**Instructions**: This page is a confirmation of your e-filing. At the top of the page under **Payment Information**, you can see the total court fees, the service fee, and the total payment amount for the payment made.

Under **Document Summary**, you can see information about each document that you have filed, the date and time of the filing, the logged-in juris number, the fee for the specific document, and the name and docket number of the case.

The service fee is not broken down for each document filed and paid for in a multiple item transaction. Also, the confirmation number is the same for all documents paid for in the transaction.

Print or save a copy of this page for your records. To print a copy, choose the **Print This Page** button. Once you have printed the copy, you can choose **Return to Superior Court E-Filing Menu**, **Return to Shopping Cart**, **File Additional Documents On This Case** or **Logout** if you do not need to file anything else.

[ Print This Page ]

## Confirmation of E-filed Transaction (print this page for your records)
For questions regarding this payment: Contact Us

### Payment Information

Confirmation Number: **0179254125**
Total Court Fees: **$620.00**
LexisNexis Service Fee: **$15.19**
Total Transaction Amount: **$635.19**
Payment Method: **Credit Card**
Payment Date: **04/04/2024 10:30AM**
Payment By: **MOSKOW LAW GROUP LLC (443861)**

### Document Summary

To receive an email when there is activity on this case, click here.

Confirmation Number: **0179254125**
Docket Number: **FSTCV246065894S**
Case Name: **BRYANT, RICHARD v. WORLD WRESTLING ENTERTAINMENT, INC.**
Type of Transaction: **Pleading/Motion/Other**
Court Fee: **$620.00**
Date Filed: **APR-4-2024**
Filed By: **MOSKOW LAW GROUP LLC Juris# 443861**
Document Filed: **101.00 MOTION FOR PERMISSION TO APPEAR PRO HAC VICE PB 2-16**
Date and Time of Transaction: **Thursday, April 4, 2024 10:30:55 AM**

[ Return to Superior Court E-Filing Menu ]   [ Return to Shopping Cart ]   [ File Additional Documents On This Case ]

| APPLICATION FOR PERMISSION FOR ATTORNEY TO APPEAR PRO HAC VICE IN A COURT CASE | STATE OF CONNECTICUT |
|---|---|
| JD-CL-141 Rev. 4-23 | JUDICIAL BRANCH |
| P.B. 2-16, 62-8A | SUPERIOR COURT |
| | www.jud.ct.gov |

**Instructions**

1. Complete this form and attach a completed Affidavit of Attorney Seeking Permission to Appear Pro Hac Vice (JD-CL-143).
2. File as Motion for Permission to Appear Pro Hac Vice (P.B. 2-16) and pay Pro Hac Vice fee, unless P.B. 62-8A (a) applies.

For information on ADA accommodations, contact the Centralized ADA Office at 860-706-5310 or go to: www.jud.ct.gov/ADA/

| Judicial district | Address of court |
|---|---|
| Norwalk/Stamford | 123 Hoyt Street, Stamford, CT 06905 |

| Name of case | Docket number |
|---|---|
| Richard Bryant vs. World Wrestling Entertainment Inc. | FST CV 24- 6065894S |

Pursuant to Section 2-16 of the Practice Book, the undersigned, a member in good standing of the Connecticut bar, moves this Court to permit Out-of-State Attorney Applicant **Ryan T. Wagner** an attorney who is not a member of the bar of the State of Connecticut, to appear *pro hac vice* on behalf of *(client name)* **Richard Bryant** in a proceeding before a court of this state.

In support of this motion, the undersigned Connecticut Attorney represents the following:

The undersigned is a Connecticut attorney with a law office located at *(include firm name, if applicable)*:
**Moskow Law Group, LLC, 425 Kings Highway East, Fairfield, CT 06825**

The Out-of-State Attorney Applicant has a law office located at *(include firm name, if applicable)*:
**Armstrong Lee & Baker, LLP, 2800 N. Loop W, Suite 900, Houston, TX 77092**

The Out-of-State Attorney Applicant is a member in good standing of the bar(s) of:
**Texas**

Good cause exists to permit the Out-of-State Attorney Applicant to represent the client named above in the proceeding before the court because:

**The Plaintiff originally retained Mr. Wagner's firm to prosecute this matter. Mr. Wagner also has experience litigating similar cases to this matter and has acquired a specialized skill with respect to Plaintiff's affairs in this case.**

The undersigned represents that s/he will, unless excused by the judicial authority,
  a. Be present at all proceedings, including depositions.
  b. Sign all pleadings, briefs or other papers filed with the court.
  c. Assume full responsibility for any such filings and for the conduct of the cause or proceeding and of the attorney to whom such privilege is accorded.

## Certification

I certify that a copy of this document was or will immediately be mailed or delivered electronically or non-electronically on *(date)* **04/04/2024** to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties receiving electronic delivery.

Name and address of each party and attorney that copy was mailed or delivered to*

Ryan Wagner, Armstrong Lee & Baker, LLP, 2800 N. Loop W, Suite 900, Houston, TX 77092
Richard Roberts, Esquire, Nuzzo & Roberts LLC, One Town Center, P.O. Box 747, Cheshire, CT 06410  recep@nuzzo-roberts.com

*If necessary, attach additional sheet or sheets with name and address which the copy was mailed or delivered to.

| Signed *(Signature of filer/Connecticut Attorney)* | Print or type name of person signing | E-mail address | Date signed |
|---|---|---|---|
| ▶ /s/401504 | Neal L. Moskow, Esquire | Neal@moskowlaw.com | 04/04/2024 |

| Mailing address *(Number, street, town, state and zip code)* | Telephone number |
|---|---|
| 425 Kings Highway East, Fairfield, CT 06825 | 475-999-4177 |

**AFFIDAVIT OF ATTORNEY SEEKING PERMISSION TO APPEAR PRO HAC VICE**
JD-CL-143 Rev. 4-23
P.B. 2-16

**STATE OF CONNECTICUT
JUDICIAL BRANCH
SUPERIOR COURT**
*www.jud.ct.gov*



**Instructions**
*Complete Affidavit and deliver to Connecticut attorney making application on your behalf.*

**Court Information:**

| Judicial district | Address of court |
|---|---|
| Norwalk at Stamford | 123 Hoyt Street, Stamford 06905 |

**If Application is for a Court Case:**

| Name of case | Docket number |
|---|---|
| Richard Bryant v. World Wrestling Entertainment, Inc. | FST-CV-24-6065894S |

**If Application is for a proceeding before a State or Municipal Agency, Commission, Board, or Tribunal:**

Name of out-of-state attorney: Ryan T. Wagner  In Re Pro Hac Vice Application

| Name of agency, commission, board or tribunal | Case number |
|---|---|
| Judicial District of Norwalk at Stamford | |

**Affidavit:**

I, **Ryan T. Wagner**, being duly sworn, do depose and say:

I am over the age of 18 and believe in the duties and obligations of an oath.

I make this Affidavit in support of an Application to appear *pro hac vice* before *(name of court, agency, commission, board, or tribunal)* **the Judicial District of Norwalk at Stamford**

for a proceeding regarding *(client name)* **Richard Bryant**

I have a law office located at *(include firm name, business address, telephone number and e-mail, if applicable)*:
**Armstrong Lee & Baker LLP, 2800 N Loop W, Suite 900, Houston, TX 77092**

I am a member in good standing of the bar(s) of: **Texas**

I certify that: [X] There is no grievance pending against me in any jurisdiction, nor have I ever been reprimanded, suspended, placed on inactive status, disbarred or otherwise disciplined, nor have I ever resigned from the practice of law in any jurisdiction.

[ ] There is a grievance pending against me, or I have been disciplined as follows *(explain)*:

I have paid the Client Security Fund Fee due for June of **2024**, the calendar year in which the application is made.

I hereby designate the Chief Clerk for the Judicial District of **Norwalk at Stamford** as my agent upon whom process and service of notice may be served.

I agree to register with the Statewide Grievance Committee in accordance with the provisions of Chapter 2 of the Connecticut Rules of Practice while appearing in the matter in this State and for two years after the completion of the matter in which I have appeared *pro hac vice* and will notify the Statewide Grievance Committee of the expiration of the two year period.

I have appeared  __0__  times *pro hac vice* in the superior court or in any other proceedings in the State of Connecticut since I first appeared *pro hac vice* in this state; the case names and docket numbers of those proceedings are:

_____
_____
_____
_____
_____
_____

I have previously been assigned Juris Number  __N/A__  as a *pro hac vice* attorney in Connecticut.

I understand that, unless excused by the judicial authority, Connecticut Attorney __Neal Moskow__ who submitted the Application on my behalf, must be present at all proceedings, including depositions in a proceeding, and must sign all pleadings, briefs and other papers filed with the court, agency, commission, board, or tribunal named above, and assume full responsibility for them and for the conduct of the cause or proceeding and of this Affiant.

Good Cause exists to permit me to represent the client named in this Affidavit in the proceeding before the above named court, agency, commission, board, or tribunal.
*(Describe the facts or circumstances affecting the personal or financial welfare of the client that establish "good cause"):*

**The Plaintiff originally retained Mr. Wagner's law firm to prosecute this matter. Mr. Wagner also has experience litigating similar cases to this matter and has acquired a specialized skill with respect to Plaintiff's affairs in this case.**

| Signed (Out-of-State Attorney/Affiant) | Print name: **Ryan T. Wagner** | Date signed: 04/01/2024 |
|---|---|---|
| Subscribed and sworn to before me: | Signed (Commissioner of Superior Court/Notary Public) | Date signed: 4/1/2024 |

**ADA NOTICE**
The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact the Centralized ADA Office at **860-706-5310** or go to: www.jud.ct.gov/ADA/


Notary seal: LAURA MORENO, NOTARY PUBLIC, STATE OF TEXAS, ID 134425335, EXP. 06-26-2027

(Page 2 of 2)