UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------x
| | | |
|---|---|---|
| RICHARD BRYANT, | : | CIVIL CASE NO.: |
| | : | 3:24-cv-686-RNC |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| WORLD WRESTLING | : | |
| ENTERTAINMENT, INC., | : | |
| | : | |
| Defendant. | : | July 3, 2024 |
---------------------------------------x

### DEFENDANT'S MOTION TO COMPEL ARBITRATION AND TO STAY PROCEEDINGS

Defendant World Wrestling Entertainment, LLC (s/h/a World Wrestling Entertainment, Inc.) ("WWE") hereby respectfully moves this Court to compel Plaintiff Richard Bryant ("Plaintiff") to arbitrate his claims and to stay and administratively close this case pending the completion of such arbitration pursuant to (i) the parties' agreement to arbitrate any dispute per Ticketmaster's Terms of Use; (ii) the Federal Arbitration Act ("FAA"), 9 U.S.C. § 1 et seq.; (iii) the accompanying Memorandum of Law; and (iv) the accompanying exhibit attached thereto.

For the reasons set forth in WWE's accompanying Memorandum of Law, its Declaration of Marissa Turnbull, and accompanying exhibit, WWE respectfully requests that the Court grant this Motion, compel Plaintiff to arbitrate his claims in accordance with Ticketmaster's Terms of Use 9 U.S.C. § 1 et. seq. of the FAA, and stay this case pending the outcome of such arbitration. Furthermore, WWE respectfully requests that the Court administratively close this case pending the completion of such arbitration.

1

**ORAL ARGUMENT REQUESTED**

                By: /s/ *John H. Brooke*
                John H. Brooke (phv207982)
                Brooke & Struble, P.C.
                112 E. Gilbert Street
                Muncie, Indiana 47305
                Tel: (765) 741-1375
                Fax: (765) 288-7763
                jbrooke@bslawgroup.com

        and

                By: /s/ *Stefanos I. Touzos*
                Stefanos I. Touzos (phv207125)
                McDowell Hetherington LLP
                1001 Fannin Street
                Suite 2400
                Houston, Texas 77002
                713-221-3790
                stefanos.touzos@mhllp.com

                ***Counsel for Defendant World Wrestling Entertainment, LLC (s/h/a World Wrestling Entertainment, Inc.)***

## CERTIFICATION

      I certify that a copy of the above was or will immediately be mailed or delivered electronically or non-electronically on July 3, 2024 to all counsel and self-represented parties of record and that written consent for electronic delivery was received from all counsel and self-represented parties of record who were or will immediately be electronically served.

Neal L. Moskow, Esq.
Moskow Law Group LLC
425 Kings Highway East
Fairfield, CT 06825
neal@moskowlaw.com

Ryan T. Wagner (phv207874)
Armstrong Lee & Baker LLP
2800 North Loop West, Ste. 900
Houston, Texas 77092
Tel: (832) 709-1124
Fax: (832) 709-1125
rwagner@armstronglee.com

                /s/ *Stefanos I. Touzos*
                Stefanos I. Touzos

**ORAL ARGUMENT REQUESTED**