UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD BRYANT, | : | |
| *Plaintiff*, | : | |
| | : | |
| v. | : | Case No. 3:24CV686 (RNC) |
| | : | |
| WORLD WRESTLING | : | |
| ENTERTAINMENT, INC., | : | |
| *Defendant*. | : | |

## JOINT STATUS REPORT

In compliance with this Court's Scheduling Order dated June 21, 2024 [Doc. 39], Plaintiff Richard Bryant ("Plaintiff") and Defendant World Wrestling Entertainment, Inc. (now World Wrestling Entertainment, LLC) ("Defendant") (collectively, the "Parties") provide the following Joint Status Report, including the information sought by the Court and ordered to be provided in the Scheduling Order:

**(a) The status of the case, identifying any pending or anticipated motions and any circumstances potentially interfering with the parties' compliance with the Scheduling Order, as well as a detailed statement of all discovery undertaken to date, including how many depositions each party has taken and the specific discovery that remains to be completed:**

1. Defendant filed its Motion to Compel Arbitration and to Stay Proceedings on July 3, 2024 [Doc. 41]. Plaintiff timely responded to the pending Motion to Compel Arbitration and to Stay Proceedings on July 24, 2024. The Parties are respectfully awaiting the Court's ruling on said motion.

2. Plaintiff served its First Set of Discovery Requests on June 25, 2024, and it served Rule 26 disclosures on July 11, 2024. Defendant subsequently

communicated to Plaintiff that the Motion to Compel Arbitration and to Stay Proceedings on July 3, 2024 [Doc. 41] satisfies the "good cause" requirement under Fed. R. Civ. P. 26(c) to stay discovery while that Motion is pending.

3. The parties have begun to engage in preliminary negotiations and have maintained open lines of communication (e.g., jointly attending their Rule 26(f) conference and collaborating to complete their comprehensive Rule 26(f) Report, among other interactions) throughout this case, and both parties intend to continue to communicate as such.

4. At this time, the Parties have not completed any depositions but will coordinate as needed to complete all such depositions prior to the Parties' discovery deadline on June 26, 2025, if Defendant's Motion to Compel Arbitration and to Stay Proceedings [Doc. 41] is denied.

**(b) Any interest in referral for settlement purposes to a United States Magistrate Judge or the District Court's Special Masters Program:**

1. At this time, the Parties do not have an interest in such a referral.

**(c) Whether the parties will consent to either a jury trial or a bench trial before a magistrate judge:**

1. At this time, the Parties do not have a preference.

**(d) The estimated length of trial:**

1. At this time, the parties do not have an estimated length of trial.

Respectfully submitted,

By: */s/ Ryan T. Wagner*
Ryan T. Wagner (phv207874)
ARMSTRONG LEE & BAKER LLP
2800 North Loop West, Ste. 900
Houston, Texas 77092
Telephone:(832) 709-1124
Facsimile:  (832) 709-1125
sarmstrong@armstronglee.com
rwagner@armstronglee.com
service@armstronglee.com

Neal L. Moskow, Esq.
MOSKOW LAW GROUP LLC
425 Kings Highway East
Fairfield, CT 06825
neal@moskowlaw.com

***Attorneys for Plaintiff***

-and-

By: */s/ Stefanos I. Touzos*
Stefanos I. Touzos (phv207125)
MCDOWELL HETHERINGTON LLP
1001 Fannin Street
Suite 2400
Houston, Texas 77002
Tel: (713) 221-3790
Fax: (713) 337-8850
stefanos.touzos@mhllp.com

***Attorney for Defendant***